An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK CHRISTOPHER DONALDSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66553



FILED

OCT 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a purported "Findings of Fact, Conclusions of Law and Order announced [by the district court] on September 10, 2014." Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, an order has not yet been rendered by the district court and it is unclear from the district court minute entry for September 10, 2014, what findings, if any, the district court announced. In *Donaldson v. State*, Docket No. 62925 (Order Affirming in Part, Reversing in Part and Remanding, July 23, 2014), we determined that appellant had been deprived of a direct appeal. We reversed the district court's order and remanded with specific instructions to provide appellant with the remedy set forth in NRAP 4(c). NRAP 4(c)(1)(B) requires the district court to enter specific findings of fact and conclusions of law that appellant was deprived of a direct appeal and to direct the clerk of the district court to prepare and file a notice of appeal from the judgment of conviction and sentence within 5 days after entry of the district court's order. Those

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33681

procedures have not yet been followed here, and we lack jurisdiction to consider this appeal. We therefore

ORDER this appeal DISMISSED.

_Pickering_, J.
Pickering

_Parraguirre_, J.
Parraguirre

_Saitta_, J.
Saitta

cc: Hon. Jessie Elizabeth Walsh, District Judge
The Law Office of Daniel M. Bunin
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Mark Christopher Donaldson